IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL R. JAFFE,

    Petitioner,

v.                                CASE NO. 1:18-cv-121-MW-GRJ

NORTHEAST FLORIDA
STATE HOSPITAL,

    Respondent.
_____/

**REPORT AND RECOMMENDATION**

    Petitioner initiated this case by filing a form styled as "Amicus Curiae/Intervener's Habeas Corpus Checklist," ECF No. 1. According to the pleading, Petitioner is civilly committed to the Northeast Florida State Hospital, pursuant to an Alachua County judgment of conviction. In his pleading, Petitioner contends that his constitutional rights have been violated in connection with his commitment. Petitioner states that the pleading should be considered as a "writ of habeas corpus," and he seeks "immediate release." Although Petitioner also states that he is seeking monetary compensation for "damages to reputation," it is clear that the primary relief sought is in the nature of habeas corpus. ECF No. 1.

    The Court determined that that it would aid review of Petitioner's

claims if Petitioner completed the Court's habeas corpus form. The Court therefore ordered Petitioner to file an amended pleading on the Court's form on or before August 1, 2018. ECF No. 5. As of this date, Petitioner has neither complied with the Order nor sought an extension of time to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 8th day of August 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.