# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MICHAEL R. JAFFE,

    Petitioner,

v.                                            Case No. 1:18cv121-MW/GRJ

NORTHEAST FLORIDA
STATE HOSPITAL,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7. No objections have been filed. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The pending motion, ECF No. 16, is **DENIED**. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with an order of the Court and failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on September 26, 2018.

                                                s/Mark E. Walker     
                                                **Chief United States District Judge**